John S. Hammond, Appellant, v. William F. Carey, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Elizabeth Woodworth, Respondent, v. Alfred Ring and Others, Appellants. — Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

George M. Dowe and Chauncey M. Sincerbeaux, Respondents, v. H. Dorsey Spencer and Truman S. Safford, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Patrick Burke, Respondent, v. Minnie Glick, Appellant, Impleaded with Another.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Sadie S. Klein, Appellant, v. Emil Klein, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Rita Rozada, Respondent, v. Tillie Tauber, Defendant, Impleaded with Schaffer Stores Co., Inc., and Robert Patterson, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Charles S. Jacobsen, Respondent, v. Duffield & Green, Inc., Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in toto. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Lena M. Vincent, Suing on Behalf of Herself, etc., Respondent, v. Pathe Exchange, Inc., and Others, Appellants, Impleaded with Others. Sol Karp and Others, Plaintiffs, v. Pathe Exchange, Inc., and Others, Defendants.— Order affirmed without costs, on condition that the unpaid costs on a previous appeal be paid to defendants, appellants within five days after service of order to be entered hereon. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Anna P. Reid, as Administratrix, etc., of Charles I. Reid, Deceased, Respondent, v. Roosevelt Aviation School, Inc., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion for a further bill of particulars granted. No opinion. The bill of particulars to be furnished within twenty days from service of order. If plaintiff is unable to give the additional information called for she may so state under oath in lieu thereof. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.